AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
*Eastern District of Washington*

BILLIE BARR, a married person, and BRAD BARR, a married person,

                Plaintiffs,

v.

CITY OF ROSLYN, a Washington municipal corporation; CITY OF CLE ELUM, a Washington municipial corporation; CLE ELUM POLICE DEPARTMENT, an agency of the CITY OF CLE ELUM,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-09-3002-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Defendant's Motion for Summary Judgment is GRANTED. Plaintiffs' claims are DISMISSED WITH PREJUDICE as matter of law.

| | |
|---|---|
| January 25, 2010 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Pamela A. Howard |
| | *(By) Deputy Clerk* |
| | Pamela A. Howard |